Case 3:24-cv-00243   Document 26   Filed on 02/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| JOHN MARKS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-00243 |
| | § | |
| CITY OF MANVEL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Counsel for Amanda Zawieruszynski is ordered to provide to the other counsel in this case by Friday, February 7, 2025, the following information: (1) all phone numbers (home, business, and cell) utilized by Ms. Zawieruszynski from November 1, 2023 to March 31, 2024; and (2) all email addresses (work and personal) utilized by Ms. Zawieruszynski from November 1, 2023 to March 31, 2024.

SIGNED this 3rd day of February 2025.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE