## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

John Marks

v.                                          Case Number: 3:24–cv–00243

City of Manvel, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/16/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Document – #31

---

Date:   April 14, 2025                                          Nathan Ochsner, Clerk