United States District Court
Southern District of Texas
**ENTERED**
March 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| JOHN MARKS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-00243 |
| | § | |
| CITY OF MANVEL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On January 12, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 101. Judge Edison filed a memorandum and recommendation on February 27, 2026, recommending that Plaintiff Freddie Douglas's request for certification of an interlocutory appeal under 28 U.S.C. § 1292(b) (Dkt. 111) be denied. Dkt. 112.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation (Dkt. 112) is approved and adopted in its entirety as the holding of the court; and

(2)   Plaintiff's request for certification of an interlocutory appeal (Dkt. 111) is denied.

SIGNED on Galveston Island this 17th day of March 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE